No. 02–67.  FAVELA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 02–68.  GIULIANI *v.* UNITED STATES ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 02–71.  1–800–FLOWERS.COM, INC., ET AL. *v.* JAHN ET AL. C. A. 7th Cir.  Certiorari denied.

No. 02–72.  CARRASQUILLO *v.* UNITED STATES.  C. A. 1st Cir. Certiorari denied.

No. 02–74.  DOWNS *v.* POTTER, POSTMASTER GENERAL.  C. A. 6th Cir.  Certiorari denied.

No. 02–75.  TIJERINA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–76.  CALLENDAR *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 02–78.  MCLAIN ET AL. *v.* BUSH ET AL.  C. A. 9th Cir. Certiorari denied.

No. 02–79.  MILLER-WAGENKNECHT *v.* CITY OF MUNROE FALLS ET AL.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 02–80.  MID-ISLAND HOSPITAL, INC., ET AL. *v.* EMPIRE BLUE CROSS AND BLUE SHIELD.  C. A. 2d Cir.  Certiorari denied.

No. 02–81.  NADER ET AL. *v.* BLACKWELL, SECRETARY OF STATE OF OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 02–82.  JULES *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 02–83.  GRADY ET AL. *v.* TOWN AND CITY OF MIDDLETOWN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 02–84.  HART *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir.  Certiorari denied.